Eric K. Fogderude, # 070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 N. Palm Ave. # 101
Fresno, California  93704
Telephone: 559-431-9710
Facsimile: 559-431-4108
Email: efogderude1@yahoo.com



Attorney for Defendant, VICKEY ANN KYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>Vs.                           )<br>)<br>VICKEY ANN KYLE              )<br>)<br>            Defendant.    )<br>_____) | CASE NO. 1:10 cr 00090 AWI<br><br>WAIVER OF DEFENDANT VICKEY ANN KYLE'S PERSONAL APPEARANCE |

   Defendant VICKEY ANN KYLE hereby waives the right to be present in person in open court for a hearing upon a question of law, a status conference, and pre-trial conference. Defendant hereby requests the court to proceed during her absence on April 12, 2010 at 9:00 a.m. in courtroom 7 and agrees that her interests will be deemed represented at all times by the

presence of her attorney, the same as if Defendant were personally present. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Good exists for the request based upon a family emergency involving the recent injury of her son, who was seriously injured by in inert explosive device while serving in the United States military in Afghanistan. Defendant and her husband are traveling to Maryland to tend to their son's health while he undergoes surgery at Walter Reed Medical Hospital.

VICKEY ANN KYLE is currently released on her own recognizance. Mark McKeon is not opposed to this request.

**IT IS SO STIPULATED:**

APPROVED:

Dated: April 7, 2010         Respectfully submitted,
                             FLETCHER & FOGDERUDE, INC.

                             /s/ Eric K. Fogderude
                             ERIC K. FOGDERUDE, Attorney for
                             Defendant, VICKEY ANN KYLE

Dated: April 7, 2010         /s/ Mark McKeon
                             MARK McKEON, AUSA

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Defendant VICKEY ANN KYLE is excused from personally appearing at the April 12, 2010 status hearing, so that she may attend to her son's health needs out of the State of California.

DATED: April 9, 2010

ANTHONY W. ISHII
United States District Judge