1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone (559) 498-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:10-cr-00090 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) ) | THEREON |
| VICKEY ANN KYLE, | ) ) | DATE: August 23, 2010 TIME: 9:00 a.m. |
| Defendant. | ) ) | CTRM: Hon. Anthony W. Ishii |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, previously set for August 23, 2010, be continued until **NOVEMBER 22, 2010, at 9:00 a.m.**

The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  The plea agreement is contingent on her co-defendants' cases which are currently set for a status conference on August 30, 2010 and November 1, 2010.  It is both parties estimate, at this time, that a hearing on

//

//

1

November 22, 2010 would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATED: August 18, 2010    By:    /s/Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

DATED: August 18, 2010        /s/ Eric K. Fogderude
                                        ERIC K. FOGDERUDE
                                          Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:    August 20, 2010

CHIEF UNITED STATES DISTRICT JUDGE