```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 498-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>VICKEY ANN KYLE,            )<br>                            )<br>           Defendant.       )<br>_____) | CASE NO.  1:10-cr-00090 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING; ORDER<br>THEREON<br><br>DATE: January 3, 2010<br>TIME: 9:00 a.m.<br>CTRM: Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as November 22, 2010, be continued until **January 3, 2011, at 9:00 a.m.**

　　　The reason for this continuance is to allow counsel for the defendant and the government time for further preparation. Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced. The plea agreement is contingent on her co-defendant's case which is currently not yet resolved. It is both parties estimate, at this time, that a

//

//

//

//

1

hearing on January 3, 2011 would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 17, 2011   By:   /s/Mark J. McKeon
MARK J. McKEON
Assistant U.S. Attorney

DATED: November 17, 2011   /s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   November 18, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2