1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 498-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8

9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10
                     EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,        )    CASE NO.  1:10-cr-00090 AWI
                                     )
14            Plaintiff,             )    STIPULATION TO CONTINUE
                                     )    SENTENCING HEARING; ORDER
15      v.                           )    THEREON
                                     )
16  STEPHANIE YOST, VICKEY ANN       )    DATE: April 4, 2011
    KYLE, and DUSTIE DENISE LEVINE,  )    TIME: 9:00 a.m.
17                                   )    CTRM: Hon. Anthony W. Ishii
              Defendants.            )
18                                   )
    _____
19

20
        IT IS HEREBY STIPULATED by and between the parties hereto that
21
    the hearing on the sentencing in the above-entitled matter, as to
22
    defendant VICKEY ANN KYLE only, previously set for January 3, 2011,
23
    be continued until **April 4, 2011, at 9:00 a.m.**
24
        The reason for this continuance is to allow counsel for the
25
    defendant and the government time for further preparation.  Ms.
26
    Kyle's plea agreement contains a cooperation agreement which needs
27
    to be completed before she can be sentenced.  The plea agreement is
28

                                    1

1  contingent on her co-defendant's case which is currently set for a

2  status conference on January 10, 2011.  It is both parties

3  estimate, at this time, that a hearing on April 4, 2011 would allow

4  the necessary time to comply with the plea agreement and be

5  prepared for the sentencing hearing.

6

7                              BENJAMIN B. WAGNER
                              United States Attorney
8

9  DATED: December 23, 2010  By:   ___/s/Mark J. McKeon_____
                                  MARK J. McKEON
10                                 Assistant U.S. Attorney

11 DATED: December 23, 2010       ___/s/ Eric K. Fogderude____
                                  ERIC K. FOGDERUDE
12                                 Attorney for Defendant Vickey Kyle

13

14                              **ORDER**

15     In light of the above stipulation, IT IS HEREBY ORDERED That

16 the January 3, 2011 hearing on the sentencing in the above-

17 entitled matter, as to defendant VICKEY ANN KYLE only, is

18 continued to **April 4, 2011, at 9:00 a.m.**

19 IT IS SO ORDERED.

20
   Dated: _____December 23, 2010_____  _____
21                              CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                              2