BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00090 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING; ORDER |
| v. ) | THEREON |
| ) | |
| STEPHANIE YOST, VICKEY ANN ) | DATE: April 4, 2011 |
| KYLE, and DUSTIE DENISE LEVINE,) | TIME: 9:00 a.m. |
| ) | CTRM: Hon. Anthony W. Ishii |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, previously set for January 3, 2011, be continued until **April 4, 2011, at 9:00 a.m.**

The reason for this continuance is to allow counsel for the defendant and the government time for further preparation. Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced. The plea agreement is

contingent on her co-defendant's case which is currently set for a status conference on January 10, 2011.  It is both parties estimate, at this time, that a hearing on April 4, 2011 would allow the necessary time to comply with the plea agreement and be prepared for the sentencing hearing.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: December 23, 2010  By:    /s/Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney

DATED: December 23, 2010         /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant Vickey Kyle
```

**ORDER**

In light of the above stipulation, IT IS HEREBY ORDERED That the January 3, 2011 hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, is continued to **April 4, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:     December 23, 2010
                                    CHIEF UNITED STATES DISTRICT JUDGE

2