```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 498-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6    United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-cr-00090 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | ) | |
| VICKEY ANN KYLE, | ) | DATE: October 31, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | CTRM: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, previously set for July 11, 2011, be continued be continued until **October 31, 2011, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for the defendant and the government time for further preparation. Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced. A jury trial on the remaining co-defendant, Stephanie Yost, is set for October 18, 2011. It is both parties estimate, at this time, that a hearing on October 31, 2011, would allow the necessary time to comply with the

1

plea agreement and be prepared for the sentencing hearing.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: June 7, 2011         By:      /s/Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

DATED: June 7, 2011                  /s/ Eric K. Fogderude
                                        ERIC K. FOGDERUDE
                                        Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     June 7, 2011                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE