```
BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:10-cr-00090 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; ORDER |
| v. | ) | THEREON |
| | ) | |
| VICKEY ANN KYLE, | ) | DATE: February 27, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | CTRM: Hon. Anthony W. Ishii |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on the sentencing in the above-entitled matter, as to defendant VICKEY ANN KYLE only, previously set for October 31, 2011, be continued be continued until **February 27, 2012, at 9:00 a.m.**

   The reason for this continuance is to allow counsel for the defendant and the government time for further preparation.  Ms. Kyle's plea agreement contains a cooperation agreement which needs to be completed before she can be sentenced.  A jury trial on the remaining co-defendant, Stephanie Yost, previously set for October 18, 2011, has been continued until January 24, 2012.  It is both

1

1  parties estimate, at this time, that a hearing on February 27,
2  2012, would allow the necessary time to comply with the plea
3  agreement and be prepared for the sentencing hearing.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: October 25, 2011    By:    /s/Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant U.S. Attorney

DATED: October 25, 2011           /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated:    October 25, 2011
                                  CHIEF UNITED STATES DISTRICT JUDGE

2