1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 498-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6    United States of America

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,          )   CASE NO.  1:10-cr-00090 AWI
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE
                                      )   SENTENCING HEARING; ORDER
13      v.                            )   THEREON
                                      )
14 VICKEY ANN KYLE,                   )   DATE: February 27, 2012
                                      )   TIME: 9:00 a.m.
15              Defendant.            )   CTRM: Hon. Anthony W. Ishii
                                      )
16 _____   )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto that

19 the hearing on the sentencing in the above-entitled matter, as to

20 defendant VICKEY ANN KYLE only, previously set for October 31,

21 2011, be continued be continued until **February 27, 2012, at 9:00**

22 **a.m.**

23      The reason for this continuance is to allow counsel for the

24 defendant and the government time for further preparation.  Ms.

25 Kyle's plea agreement contains a cooperation agreement which needs

26 to be completed before she can be sentenced.  A jury trial on the

27 remaining co-defendant, Stephanie Yost, previously set for October

28 18, 2011, has been continued until January 24, 2012.  It is both

                                      1

1 | parties estimate, at this time, that a hearing on February 27,

2 | 2012, would allow the necessary time to comply with the plea

3 | agreement and be prepared for the sentencing hearing.

4 |

5 |                                          BENJAMIN B. WAGNER
                                             United States Attorney

6 |

7 | DATED: October 25, 2011   By:    /s/Mark J. McKeon
                                             MARK J. McKEON

8 |                                          Assistant U.S. Attorney

9 | DATED: October 25, 2011          /s/ Eric K. Fogderude
                                             ERIC K. FOGDERUDE

10 |                                         Attorney for Defendant

11 |

12 |                          **ORDER**

13 | IT IS SO ORDERED.

14 |

    Dated:      October 25, 2011

15 |                         CHIEF UNITED STATES DISTRICT JUDGE

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

                              2